10/24/2014 15:03 FAX  212 805 6717          HON. RICHARD M. BERMAN                    ☑003/004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JPMORGAN CHASE BANK, N.A.,
                    Plaintiff(s),                           **Case Management Plan**

MARK L. FREYBERG, individually                    ___14__ CV. ___6851__ (RMB)
and conducting business under the
name of the Freyberg Law Group,
                    Defendant(s).
--------------------------------------------------------------X

         The following Case Management Plan is entered after consultation with the parties. This
Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil
Procedure.

(i)      Joinder of additional parties by __**3**0 days ~~following the~~ ~~conclusion of depositions~~ from today RMB

(ii)     Amend the pleadings by **3**0 days ~~following the conclusion of depositions~~ from today

(iii)    All discovery to be expeditiously completed by ~~May 30~~ March 18, 2015

(iv)     Consent to Proceed before Magistrate Judge ___No___

(v)      Status of settlement discussions ~~The parties are too far apart to settle~~ March 18, 2015 @ 9:10 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)     Motions_____

(vii)    Oral Argument_____

(viii)   Joint Pre-Trial Order to be submitted by_____

(ix)     Final Pre-Trial Conference_____

(x)      Trial_____

(xi)     Other___DATES ARE Final! Take discovery dispute to Magistrate___

SO ORDERED: New York, New York
         __11/17/14__

                                                        RMB
                                          Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/14