# NEUFELD & O'LEARY
ATTORNEYS AT LAW
370 LEXINGTON AVENUE
SUITE 908
NEW YORK, NEW YORK 10017

TELEPHONE:
(212) 986-0999
(631) 549-1717

FACSIMILE:
(212) 986-6341

LONG ISLAND OFFICE:
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712

PLEASE REPLY TO:
New York

May 4, 2015

**Via ECF**

Honorable Richard M. Berman
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   JPMorgan Chase Bank, N.A. v. Mark L. Freyberg
      Index No. 14-CV-06851 (RMB)

Dear Judge Berman:

Pursuant to the direction of Magistrate Netburn at the conference held on April 29, I write to renew Defendant's previously filed objections to the Court's February 3, 2015 discovery order (ECF No. 21).

The submissions of the parties with regard to this objections were electronically filed as ECF Numbers 22, 29 and 30, respectively.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Michael J. Giusto

MJG/mro

cc:   Barry J. Glickman (via ECF)