Barry J. Glickman, Esq.
bglickman@zeklaw.com
Bruce S. Goodman, Esq.
bgoodman@zeklaw.com
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400 (telephone)
(212) 753-0396 (facsimile)

Attorneys for Plaintiff
   JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>                              Plaintiff,<br><br>- against -<br><br>MARK L. FREYBERG, individually and conducting business under the name of THE FREYBERG LAW GROUP,<br><br>                            Defendant. | Case No.: 14-CV-6851 (RMB) (SN)<br><br>**NOTICE OF MOTION** |

      TAKE NOTICE, that upon the Declaration of Barry J. Glickman, dated May 27, 2015, and the exhibits thereto, the Statement pursuant to Local Rule 56.1, the accompanying Memorandum of Law and all pleadings and proceedings heretofore had herein, defendant JPMorgan Chase Bank, N.A. ("Chase") shall make a motion before the Honorable Richard M. Berman, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure:

1. awarding summary judgment on its Complaint dated August 22, 2014;

2. dismissing defendant's Answer and Counterclaims dated November 4, 2014, with prejudice; and

3. for such other and further relief as is just and proper.

Dated: New York, New York
May 27, 2015

Respectfully submitted,

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Bruce S. Goodman
Attorneys for Plaintiff
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

TO: NEUFELD & O'LEARY
Attorneys for Defendant
370 Lexington Avenue
New York, New York 10017

810578.v1/10399-046/BG