USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2015

# NEUFELD & O'LEARY
### ATTORNEYS AT LAW
### 370 LEXINGTON AVENUE
### SUITE 908
### NEW YORK, NEW YORK 10017

TELEPHONE:
(212) 986-0999
(631) 549-1717

FACSIMILE:
(212) 986-6341

LONG ISLAND OFFICE:
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712

PLEASE REPLY TO:
New York

May 28, 2015

**VIA E-MAIL**

Honorable Sarah Netburn
United States District Court
500 Pearl Street, Courtroom 12D
New York, New York 10007-1312

    Re:    JPMorgan Chase Bank, N.A. v. Freyberg
           Case No. 14-CV-6851

Dear Magistrate Judge Netburn:

This letter is being transmitted by e-mail rather than by ECF in accordance with Rule 1.a of Your Honor's Individual Rules of Practice, as it refers to subject matter previously placed under seal by the Court (ECF No. 46). I write to request clarification regarding Defendant's use of the transcript of that portion of the April 29, 2015 conference which was held in camera and placed under seal in its opposition to Plaintiff's motion for summary judgment.

During the April 29 conference, the Court indicated that Defendant could request an adverse inference concerning Plaintiff's destruction of certain discovery documents before Judge Berman. Defendant intends to assert that Plaintiff's destruction of documents requires denial of its summary judgment motion, consistent with the holding in <u>E.E.O.C. v. JP Morgan Chase Bank, N.A.</u>, 295 F.R.D. 166 (S.D.Oh. 2013). In support of its position, Defendant will likely submit excerpts of the April 29 conference transcript.

It is respectfully requested that the Court advise whether Defendant's opposition papers should be electronically filed or whether the same should be filed under seal.

---

The parties shall meet and confer in an effort to file on ECF documents without redactions. In the event that the parties cannot agree about whether an excerpt from a proceeding transcript may be publicly filed, the parties shall file a limited redacted version on ECF and submit to the Court an unredacted version, with the redacted sections highlighted for the ease of the Court. The party seeking to redact and file under the seal those portions must also submit an application setting forth the standards for filing under seal, as set forth in the case law and identified in my Individual Rules of Practice.
**SO ORDERED.**

**New York, New York**
**May 28, 2015**

_____
SARAH NETBURN
United States Magistrate Judge