UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A.,

                Plaintiff,

-against-                               14-CV-6851 (RMB)

MARK L. FREYBERG, individually and         **NOTICE OF**
conducting business under the name of        **CROSS-MOTION**
THE FREYBERG LAW GROUP,

                Defendant.
----------------------------------------------------------------x

COUNSELORS:

    PLEASE TAKE NOTICE, that upon the annexed Affidavits of Mark L. Freyberg sworn to June 29, 2015 and of David S.J. Neufeld sworn to June 29, 2015, the exhibits annexed thereto, and the accompanying Memorandum of Law, Plaintiffs shall cross-move this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting Defendant summary judgment on its affirmative defense of equitable estoppel and counterclaims and for an Order:

a. dismissing the Complaint in its entirety;
b. entering judgment in favor of Defendant and against Plaintiff on his first counterclaim, in the amount of $9,834.99, plus costs, disbursements and interest;
c. entering judgment in favor of Defendant and against Plaintiff on his second counterclaim, in the amount of $9,834.99, plus costs, disbursements and interest;
d. entering judgment in favor of Defendant and against Plaintiff on his third counterclaim, in the amount of $9,834.99, plus costs, disbursements, interest and additional statutory damages of $1,000.00 and attorney's fees;

e. entering judgment in favor of Defendant and against Plaintiff on his first counterclaim, in the amount of $9,834.99, plus costs, disbursements and interest; and

f. for such other and further relief in favor of Defendant as the Court deems just and equitable.

Dated: New York, New York
       June 29, 2015

                                    Yours, etc.,

                                    NEUFELD & O'LEARY

                        By: _____
                                  David S.J. Neufeld, Esq.
                                  Attorneys for Defendant
                                  370 Lexington Avenue, Suite 908
                                  New York, New York  10017
                                  (212) 986-0999

TO: Barry J. Glickman, Esq.
     ZEICHNER ELLMAN & KRAUSE, LLP
     Attorneys for Plaintiff
     1211 Avenue of the Americas
     New York, New York 10036